```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEPHEN GANNON,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        22-cv-1643 (VSB)
              -against-                                     :
                                                            :            ORDER
78 ORCHARD STREET LLC, et al.,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action against Defendants 78 Orchard Street LLC and Orchard Grocer Inc. on February 28, 2022, (Doc. 1), and filed affidavits of service on March 15, 2022, (Docs. 7 & 8). The deadline for Defendants to respond to Plaintiff's complaint was April 1, 2022. (*See* Docs 7 & 8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 11, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 4, 2022
           New York, New York

                                                 VERNON S. BRODERICK
                                               United States District Judge